UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-80689-BLOOM/Valle

JANET HOYT,

    Plaintiff,

vs.

OUTBACK STEAKHOUSE
OF FLORIDA, LLC

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement and resolution of this matter, and are in the process of finalizing the settlement documents.

Respectfully submitted this 9th day of June, 2016.

                                  BY: /s/ Peter S. Leiner
                                         Jason S. Weiss
                                         Jason@jswlawyer.com
                                         Florida Bar No. 356890
                                         Peter S. Leiner
                                         Peter@jswlawyer.com
                                         Florida Bar No. 104527
                                         **WEISS LAW GROUP, P.A.**
                                         5531 N. University Drive, Suite 103
                                         Coral Springs, FL 33067
                                         Tel: (954) 573-2800
                                         Fax: (954) 573-2798
                                         Attorneys for Plaintiff

1