UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80689-BLOOM/Valle

JANET HOYT,

    Plaintiff,

v.

OUTBACK STEAKHOUSE
OF FLORIDA, LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [15] ("Notice"), filed on August 8, 2016.  The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 8th day of August, 2016.

                                                                     _____
                                                                     **BETH BLOOM**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record